EUGENE M. PAK (No. 168699)
DLA PIPER RUDNICK GRAY CARY US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1907
Tel: (415) 836-2500
Fax: (415) 836-2501

R. ALLYN TAYLOR (No. 118428)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
T: (650) 833-2000
F: (650) 833-2001

Attorneys for Plaintiff
SIGPRO LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGPRO LLC,<br>a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br><br>     v.<br><br>SIGNATE, INC, a California corporation,<br><br>                    Defendant. | Case No. C 06 1805 SBA<br><br>**NOTICE OF DISMISSAL**<br>**[F.R.C.P. 41]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Sigpro LLC hereby voluntarily dismisses this action without prejudice, each party to bear their own fees and costs.

DATED: April 28, 2006                               DLA PIPER RUDNICK GRAY CARY US LLP


                                                    By:   /s/ Eugene Pak
                                                          Eugene M. Pak
                                                          Attorneys for Plaintiff
                                                          SIGPRO LLC

SANF1\345888.1
355518-900103

1  **IT IS SO ORDERED:**

2

3  Dated:  5/3/06

4                                              By:  ___*Sandra B. Armstrong*___
                                                    United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SANF1\345888.1
355518-900103

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

153 Townsend Street, Suite 800
San Francisco, California 94107-1957

DLA PIPER RUDNICK
GRAY CARY

SANF1\345888.1
355518-900103